## UNION TRACTION COMPANY OF INDIANA *v.* WOLF.

[No. 10,434. Filed June 2, 1920.]

APPEAL.—*Review.—Failure of Appellee to File Briefs.—Reversal.*
—A failure on the part of an appellee to file a brief may be
treated as a confession of error warranting reversal.

From Delaware Superior Court; *Robert M. Van Atta,*
Judge.

Action by Charles Wolf against the Union Traction
Company of Indiana. From a judgment for plaintiff,
the defendant appeals. *Reversed.*

*J. A. Van Osdol, W. A. Kittenger, W. S. Diven* and
*Albert Diven,* for appellant.

NICHOLS, J.—Appellee has failed to file any brief. It
has been repeatedly held by this court and by the Su-
preme Court that a failure on the part of the appellee
to file a brief may be treated as a confession of error,
warranting reversal. *Eigelsbach* v. *Kanne* (1915), 184
Ind. 62, 110 N. E. 549; *Huddleston* v. *Huddleston*
(1916), 184 Ind. 168, 110 N. E. 980; *Veit* v. *Windhorst*
(1916), 184 Ind. 351, 110 N. E. 666. Having examined

appellant's brief, we are satisfied that in this case the rule should be invoked.

Judgment reversed, with instruction to the trial court to grant a new trial.